AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:21-cv-1085 |
| State of Texas et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 11/04/2021

/s/ Jennifer Yun
*Attorney's signature*

Jennifer Yun 1600953 (DC)
*Printed name and bar number*

United States Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Avenue NW
Washington, DC 20530
*Address*

jennifer.yun@usdoj.gov
*E-mail address*

(800) 253-3931
*Telephone number*

(202) 307-3961
*FAX number*