UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. SA-21-CV-01085-XR |
| STATE OF TEXAS, JOHN SCOTT, IN HIS OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE; | § § § § | |
| *Defendants*. | § § § | |

**ORDER SETTING STATUS CONFERENCE
AND HEARING ON ALL PENDING MOTIONS**

On this day the Court considered the status of this case. This case is set for a status conference and hearing on all pending motions, if any, on **Tuesday, November 16, 2021** at **1:30 PM**. The Courtroom Deputy will inform the parties of the means by which the status conference will be conducted. The parties should be prepared to discuss any pending motions, the issues discussed in the Court's order at ECF No. 31 in the related case *La Unión Del Pueblo Entero, et al. v. Gregory Abbott, et al.*, 5:21-CV-844-XR, and whether this case should be consolidated with the referenced related case.

It is so ORDERED.

SIGNED November 4, 2021.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE