AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:21-CV-01085-XR

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* State of Texas, Gov. Greg Abbott
was received by me on *(date)* 11/5/2021 .

☐ I personally served the summons on the individual at *(place)* 1100 San Jacinto Austin, TX 78701 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Joseph Behnke , who is designated by law to accept service of process on behalf of *(name of organization)* Gov. Greg Abbott / State of Texas on *(date)* 11/5/21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/5/21

_____
Server's signature

Sarah Erney, Paralegal
Printed name and title

903 San Jacinto Blvd. Austin TX
Server's address

Additional information regarding attempted service, etc: