AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:21-CV-01085-XR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **State of Texas, Ken Paxton, Atty Gen.**
was received by me on *(date)* **11/5/2021**.

☐ I personally served the summons on the individual at *(place)* **Office of Attorney General, 209 W. 14th St. Austin TX** on *(date)* **11/5/21** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Lillian Bonin**, who is designated by law to accept service of process on behalf of *(name of organization)* **Ken Paxton** on *(date)* **11/5/21** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **11/5/2021**

*Server's signature*

**Sarah Erney, Paralegal**
Printed name and title

**903 San Jacinto Blvd. Austin TX**
Server's address

Additional information regarding attempted service, etc: