IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF TEXAS and JOHN SCOTT, in his
official capacity as Texas Secretary of State,

Defendants.

Civil Action No. 5:21-cv-01085 (XR)

**[PROPOSED] ORDER**

The United States' Motion to Consolidate (ECF No. ___) is **GRANTED**.  The Court

hereby **ORDERS** that this case be consolidated into *La Unión del Pueblo Entero v. Abbott*, No.

5:21-cv-844 (W.D. Tex.).  It is **ORDERED** that all future filings be filed in *La Unión del Pueblo*

*Entero v. Abbott*, No. 5:21-cv-844 (W.D. Tex.).

**SO ORDERED.**

Date:

                                                                              
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE