UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 5:21-cv-1085-XR |
| THE STATE OF TEXAS and JOHN SCOTT, in his official capacity as Texas Secretary of State, | § § § § § | |
| *Defendants.* | § § | |

**UNOPPOSED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE**

Defendants State of Texas and John Scott, in his official capacity as Texas Secretary of State (the "State Defendants") respectfully request that the Court extend their responsive pleading deadline by one week.

Plaintiff filed its Complaint on November 4, 2021. ECF 1. The State of Texas and Secretary Scott were each served with the Complaint on November 5, 2021. Defendants' responsive pleadings are currently due Friday, November 26, 2021. Fed. R. Civ. P. 12(a)(1)(A)(i). The Office of the Attorney General will be closed for the Thanksgiving holiday from November 24 – 26, 2021. In addition, this Court will be closed from November 25 - 26, 2021. General Order dated September 30, 2021.

The State Defendants seek a one-week extension to allow them to prepare and file a responsive pleading to the United States' Complaint shortly after the Thanksgiving holiday. The Defendants do not seek this motion for delay, but for good cause. Further, this motion will not prejudice Plaintiff and Plaintiff does not oppose the relief requested.

| | |
|---|---|
| Date: November 23, 2021 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | /s/ Patrick K. Sweeten<br>PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Tex. State Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov |
| | **COUNSEL FOR DEFENDANTS** |

**CERTIFICATE OF CONFERENCE**

I certify that on November 19, 2021, counsel for the Defendants conferred with counsel for Plaintiff via email correspondence about the foregoing motion. Plaintiff does not oppose the relief requested.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on November 23, 2021, and that all counsel of record were served by CM/ECF.

/s/Patrick K. Sweeten
PATRICK K. SWEETEN