IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　*Plaintiff*,<br><br>v.<br><br>STATE OF TEXAS, JOHN SCOTT, IN HIS OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE,<br>　　　*Defendants*. | § § § § § § § § § § | SA-21-CV-01085-XR |

**ORDER**

On this date, the Court considered the status of this case. On November 9, 2021, the Court issued an order consolidating this case under *La Unión del Pueblo Entero v. Abbott*, No. 5:21-cv-844 (W.D. Tex.). *See* ECF No. 13. Given these circumstances, the Court concludes that this case is appropriate for administrative closure. *See Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2014)

Accordingly, the Clerk's office is **DIRECTED** to administratively close this case pending further order of the Court. The parties must file all future filings in *La Unión del Pueblo Entero v. Abbott*, No. 5:21-cv-844 (W.D. Tex.).

It is so **ORDERED**.

**SIGNED** this February 1, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE